ACCEPTED
04-14-00246-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/20/2015 10:07:51 AM
KEITH HOTTLE
CLERK

No. 04-14-00246-CR

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/20/2015 10:07:51 AM
KEITH E. HOTTLE
Clerk

DESTYN DAVID FREDERICK,

Appellant

v.

THE STATE OF TEXAS,

Appellee

On Appeal from the 81st District Court
Frio County, Texas
Cause Number 11-09-00041-CRL

STATE'S FIRST MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

Rene M. Pena
District Attorney
81st JUDICIAL DISTRICT OF TEXAS

Marc Ledet
Assistant District Attorney
81st / 218th JUDICIAL DISTRICT OF TEXAS
1327 3RD STREET
Floresville, Texas 78026
Tele: (830) 393-2200
Fax: (830) 393-2205
State Bar No. 24002459

Attorneys for the State of Texas

<u>STATE'S FIRST MOTION FOR EXTENSION</u>
<u>OF TIME TO FILE BRIEF</u>

The State of Texas, under the authority of Rules 10.5(b) and 38.6(d), Texas Rules of Appellate Procedure asks the Court to extend time to file the State's Brief from May 20, 2015, to and including June 19, 2015, a period of thirty (30) days.

1.      Appellant was found guilty in cause number 11-09-00041-CRl for Murder.

2.      The State's Brief is presently due on May 20, 2015.

3.      The State of Texas respectfully requests an additional thirty (30) days to file its brief, that is, an extension of time until June 19, 2015.

4.      No previous extension has been requested by the State.

5.      The State of Texas requests this extension based on the following reasons:

A.      The 81st Judicial District Attorney's Office covers five (5) counties and over two hundred miles. Our office does not have an appellate section. All appellate work is done at times when prosecutors are not in court, not preparing for trial, or not preparing for grand jury.

B.      The State is still in the process of reviewing the reporter's record and clerk's record, as well as Appellant's brief to ensure that the State's Brief is fully conversant on all legal and factual points before the court.

For these reasons, the State asks the Court to grant an extension of thirty (30) days to June 19, 2015, within which the State may file its brief in this cause.

Respectfully submitted,

Rene M. Pena
District Attorney
81ST JUDICIAL DISTRICT OF TEXAS
TEXAS BAR NUMBER 00792752


/S MARC LEDET
Marc Ledet
Assistant District Attorney
81ST JUDICIAL DISTRICT OF TEXAS
1327 3RD STREET
Floresville, Texas 78026
Telephone (830) 393-2200
Telecopier (830) 393-2205
TEXAS BAR NUMBER 24002459


Attorneys for the State of Texas


## Certificate of Service

I hereby certify that the above and foregoing was sent to Richard Langlois, 217 Arden Grove, San Antonio, TX 78215 on the 20th day of May, 2015 in accordance with the Texas Rules of Procedure.


_____ /s Marc Ledet